IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAMONT HAGAN,** | : CIVIL ACTION NO. 1:20-CV-2335 |
| Petitioner | : (Judge Conner) |
| v. | : |
| **PENNSYLVANIA BOARD OF PROBATION AND PAROLE, ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, JOHN WETZEL, LAUREL HARRY, CUMBERLAND COUNTY DISTRICT ATTORNEY,** | : |
| Respondents | : |

## ORDER

AND NOW, this 2nd day of February, 2022, upon consideration of respondents' motion (Doc. 13) to dismiss, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

1. The motion (Doc. 13) is GRANTED.

2. The petition (Doc. 1) for writ of habeas corpus is DISMISSED.

3. The Clerk of Court is directed to CLOSE this case.

4. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c)(2).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania